# EXHIBIT B

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245  Fax

### JIMENEZ_AMADO

#### Roof



**Roof**

| | | | | |
|---|---|---|---|---|
| 151.79 | Surface Area | | 1.52 | Number of Squares |
| 48.00 | Total Perimeter Length | | | |
| 34.87 | Total Hip Length | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1. Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 46.10 SQ | 45.38 | 2,092.02 | (0.00) | 2,092.02 |
| 2. Remove Additional charge for high roof (2 stories or greater) | 46.10 SQ | 4.52 | 208.37 | (0.00) | 208.37 |
| 3. Additional charge for high roof (2 stories or greater) | 53.02 SQ | 14.10 | 747.58 | (0.00) | 747.58 |
| 4. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 46.10 SQ | 11.95 | 550.90 | (0.00) | 550.90 |
| 5. Additional charge for steep roof - 7/12 to 9/12 slope | 53.02 SQ | 31.92 | 1,692.40 | (0.00) | 1,692.40 |
| 6. Roofing felt - 30 lb. | 46.10 SQ | 27.38 | 1,262.22 | (213.21) | 1,049.01 |
| 7. Valley metal | 176.00 LF | 4.18 | 735.68 | (131.95) | 603.73 |
| 8. Step flashing | 48.00 LF | 7.74 | 371.52 | (36.64) | 334.88 |
| 9. R&R Flashing, 14" wide | 20.00 LF | 3.50 | 70.00 | (10.79) | 59.21 |
| 10. R&R Drip edge | 334.00 LF | 2.02 | 674.68 | (91.61) | 583.07 |
| 11. Asphalt starter - universal starter course | 334.00 LF | 1.61 | 537.74 | (83.50) | 454.24 |
| 12. R&R Flashing - pipe jack - lead | 8.00 EA | 63.83 | 510.64 | (128.00) | 382.64 |
| 13. R&R Roof vent - turtle type - Plastic | 4.00 EA | 48.58 | 194.32 | (19.20) | 175.12 |
| 14. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 75.15 | 150.30 | (28.33) | 121.97 |
| 15. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 2.00 SQ | 157.49 | 314.98 | (72.90) | 242.08 |
| 16. R&R Ridge cap - composition shingles | 82.00 LF | 5.57 | 456.74 | (39.77) | 416.97 |
| **Totals: Roof** | | | **10,570.09** | **855.90** | **9,714.19** |
| **Total: Roof** | | | **10,570.09** | **855.90** | **9,714.19** |

**Interior 1st**


EXHIBIT "B"

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245  Fax

**Dining Room**                         **Height: 9'**

| | |
|---|---|
| 334.87 SF Walls | 140.70 SF Ceiling |
| 475.57 SF Walls & Ceiling | 140.70 SF Floor |
| 15.63 SY Flooring | 38.48 LF Floor Perimeter |
| 47.73 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 9' 3" X 6' 8" | Opens into ENTRY_FOYER |
| **Window** | 2' 10" X 5' 10" | Opens into Exterior |
| **Window** | 2' 10" X 5' 10" | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 17. Inventory, Packing, Boxing, and Moving charge - per hour | 4.00 HR | 32.18 | 128.72 | (0.00) | 128.72 |
| 18. Contents - move out then reset - Extra large room | 1.00 EA | 131.68 | 131.68 | (0.00) | 131.68 |
| 19. Detach & Reset Chandelier | 1.00 EA | 108.26 | 108.26 | (0.00) | 108.26 |
| 20. Recessed light fixture - Detach & reset trim only | 2.00 EA | 3.77 | 7.54 | (0.00) | 7.54 |
| 21. Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 11.14 | 11.14 | (0.00) | 11.14 |
| 22. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 28.12 | 56.24 | (0.00) | 56.24 |
| 23. R&R Crown molding - 5 3/8" to 6" | 47.73 LF | 6.68 | 318.83 | (12.42) | 306.41 |
| 24. R&R Baseboard - 5 1/4" | 38.48 LF | 4.18 | 160.84 | (8.09) | 152.75 |
| 25. R&R Chair rail - 2 1/2" | 38.48 LF | 2.91 | 111.97 | (4.64) | 107.33 |
| 26. R&R 1/2" drywall - hung, taped, ready for texture | 64.00 SF | 1.86 | 119.04 | (2.94) | 116.10 |
| 27. R&R Batt insulation - 4" - R15 - paper faced | 16.00 SF | 1.18 | 18.88 | (1.11) | 17.77 |
| 28. Texture drywall - smooth / skim coat | 216.00 SF | 0.92 | 198.72 | (1.61) | 197.11 |
| **After the drywall is replaced on the walls the repair will leave humps they will have to be skimcoated, re textured, in order to maintain a uniform appearance so after the repair is done you won't be able to tell it was repaired.** | | | | | |
| 29. Texture drywall - light hand texture | 334.87 SF | 0.44 | 147.34 | (1.43) | 145.91 |
| 30. Seal the surface area w/PVA primer - one coat | 216.00 SF | 0.44 | 95.04 | (5.40) | 89.64 |
| 31. Paint the walls and ceiling - two coats | 475.57 SF | 0.72 | 342.41 | (45.18) | 297.23 |
| 32. Paint baseboard - two coats | 38.48 LF | 1.07 | 41.17 | (2.12) | 39.05 |
| 33. Seal & paint crown molding, oversized - two coats | 47.73 LF | 1.17 | 55.84 | (2.86) | 52.98 |
| 34. Paint chair rail - two coats | 38.48 LF | 1.07 | 41.17 | (2.12) | 39.05 |
| 35. Seal & paint trim - two coats | 76.97 LF | 1.06 | 81.59 | (3.85) | 77.74 |

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245  Fax

### CONTINUED - Dining Room

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 36. Seal & paint window sill | 8.00 LF | 1.90 | 15.20 | (0.84) | 14.36 |
| 37. R&R Quarter round - for wood flooring | 38.48 LF | 3.42 | 131.60 | (37.86) | 93.74 |
| 38. R&R Oak flooring - select grade - no finish | 140.70 SF | 9.93 | 1,397.15 | (45.12) | 1,352.03 |
| 39. Sand, stain, and finish wood floor | 140.70 SF | 3.79 | 533.25 | (61.20) | 472.05 |
| 40. Final cleaning - construction - Residential | 140.70 SF | 0.23 | 32.36 | (0.00) | 32.36 |
| **Totals: Dining Room** | | | **4,285.98** | **238.79** | **4,047.19** |

**Entry/Foyer**  Height: 19' 3"

965.61 SF Walls  288.04 SF Ceiling  
1253.65 SF Walls & Ceiling  288.04 SF Floor  
32.00 SY Flooring  46.25 LF Floor Perimeter  
73.58 LF Ceil. Perimeter

| Missing Wall - Goes to Floor | 9' 3" X 6' 8" | Opens into DINING_ROOM |
| Missing Wall - Goes to Floor | 6' 3" X 6' 8" | Opens into FAMILY_OFFS1 |
| Missing Wall - Goes to Floor | 3' X 6' 8" | Opens into SITTING |
| Missing Wall - Goes to Floor | 5' 10" X 6' 8" | Opens into SITTING |

**Subroom: Entry Offset 1 (2)**  Height: 8'

129.22 SF Walls  21.80 SF Ceiling  
151.02 SF Walls & Ceiling  21.80 SF Floor  
2.42 SY Flooring  17.92 LF Floor Perimeter  
20.92 LF Ceil. Perimeter

| Window | 4' 1" X 3' | Opens into Exterior |
| Window | 1' X 3' | Opens into ENTRY_FOYER |
| Door | 3' X 6' 8" | Opens into ENTRY_FOYER |
| Window | 1' 3" X 3' | Opens into ENTRY_FOYER |

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245  Fax



**Missing Wall**

Subroom: Stairs (1)                                                                                         Height: 17'

| | | |
|---|---|---|
| 89.80 SF Walls | | 74.33 SF Ceiling |
| 164.12 SF Walls & Ceiling | | 116.71 SF Floor |
| 12.97 SY Flooring | | 23.43 LF Floor Perimeter |
| 21.40 LF Ceil. Perimeter | | |

3' 7 1/16" X 17'                    Opens into SITTING

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 41. Floor protection - plastic and tape - 10 mil | 426.56 SF | 0.24 | 102.37 | (0.00) | 102.37 |
| Protect floors during **drywall & texture** phase of project. | | | | | |
| 42. Floor protection - plastic and tape - 10 mil | 426.56 SF | 0.24 | 102.37 | (0.00) | 102.37 |
| Protect floors during **paint** phase of project. | | | | | |
| 43. Mask or cover per square foot | 100.00 SF | 0.35 | 35.00 | (0.00) | 35.00 |
| **The item above is to protect the door, window, stair railing, etc. during the construction phase of this project.** | | | | | |
| 44. Paint the walls - two coats | 1,184.62 SF | 0.72 | 852.93 | (112.54) | 740.39 |
| **There is no stopping for paint from the dining room so this room has to be painted also.** | | | | | |
| 45. Additional cost for high wall or ceiling - 11' to 14' | 779.04 SF | 0.04 | 31.16 | (0.00) | 31.16 |
| 46. Paint baseboard - two coats | 87.60 LF | 1.07 | 93.73 | (4.82) | 88.91 |
| 47. Seal & paint crown molding, oversized - two coats | 134.23 LF | 1.17 | 157.05 | (8.05) | 149.00 |
| 48. Seal & paint window sill | 2.00 LF | 1.90 | 3.80 | (0.21) | 3.59 |
| 49. Paint stair skirt/apron | 32.00 LF | 4.28 | 136.96 | (3.84) | 133.12 |
| 50. Clean floor, strip & wax | 426.56 SF | 0.77 | 328.45 | (0.00) | 328.45 |
| 51. Final cleaning - construction - Residential | 426.56 SF | 0.23 | 98.11 | (0.00) | 98.11 |
| **Totals: Entry/Foyer** | | | **1,941.93** | **129.46** | **1,812.47** |

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245  Fax

**Family Room**                                                                                             **Height: Peaked**

    724.58 SF Walls                       377.76 SF Ceiling  
1102.34 SF Walls & Ceiling          318.34 SF Floor  
     35.37 SY Flooring                 28.55 LF Floor Perimeter  
     76.67 LF Ceil. Perimeter

| | | |
|---|---|---|
| Missing Wall | 2 1/2" X 10' | Opens into Exterior |
| Missing Wall | 4' 6 1/2" X 10' | Opens into OFFSET |
| Missing Wall | 4' 2 1/2" X 10' | Opens into FAMILY_OFFSE |
| Missing Wall | 3' 2 7/8" X 10' | Opens into MASTER_OFFSE |
| Missing Wall | 2 1/8" X 10' | Opens into Exterior |
| Missing Wall - Goes to Floor | 12' 4" X 6' 8" | Opens into Exterior |
| Missing Wall - Goes to Floor | 10' 5" X 6' 8" | Opens into Exterior |
| Window | 2' 11" X 4' 10" | Opens into Exterior |
| Window | 2' 11" X 4' 10" | Opens into Exterior |
| Window | 2' 6" X 4' | Opens into Exterior |
| Window | 2' 11" X 4' 10" | Opens into Exterior |
| Window | 2' 11" X 4' 10" | Opens into Exterior |

**Subroom: Family Offset (1)**                                                                       **Height: 8'**

    58.58 SF Walls                       26.08 SF Ceiling  
    84.66 SF Walls & Ceiling          26.08 SF Floor  
     2.90 SY Flooring                  5.79 LF Floor Perimeter  
    21.38 LF Ceil. Perimeter

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 6' 3" X 6' 8" | Opens into ENTRY_FOYER |
| Missing Wall | 6' 5" X 8' | Opens into FAMILY_ROOM |
| Door | 2' 11" X 6' 8" | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 52. Inventory, Packing, Boxing, and Moving charge - per hour | 6.00 HR | 32.18 | 193.08 | (0.00) | 193.08 |
| 53. Contents - move out then reset - Extra large room | 1.00 EA | 131.68 | 131.68 | (0.00) | 131.68 |
| 54. Mask or cover per square foot | 205.00 SF | 0.35 | 71.75 | (0.00) | 71.75 |
| The item above is to protect the inset cabinets, The fireplkace mantle, windows, and stereo speakers during the construction phase of this project. | | | | | |
| 55. Detach & Reset Ceiling fan & light | 1.00 EA | 148.28 | 148.28 | (0.00) | 148.28 |
| 56. Window drapery - hardware - Detach & reset | 1.00 EA | 28.12 | 28.12 | (0.00) | 28.12 |

JIMENEZ_AMADO                                                                                      2/26/2016                   Page: 6

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245  Fax

### CONTINUED - Family Room

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 57. Recessed light fixture - Detach & reset trim only | 1.00 EA | 3.77 | 3.77 | (0.00) | 3.77 |
| 58. Detach & Reset Heat/AC register - Mechanically attached | 2.00 EA | 11.14 | 22.28 | (0.00) | 22.28 |
| 59. Detach & Reset Smoke detector | 1.00 EA | 40.32 | 40.32 | (0.00) | 40.32 |
| 60. Remove Security system - motion detector | 1.00 EA | 19.31 | 19.31 | (0.00) | 19.31 |
| 61. (Install) Security system - motion detector | 1.00 EA | 63.00 | 63.00 | (0.00) | 63.00 |
| 62. Paint more than the walls and ceiling - two coats | 1,247.00 SF | 0.72 | 897.84 | (118.47) | 779.37 |
| There is no stopping for paint from the dining room so this room has to be painted also.( the 60 square feet extra is to paint the wall area at the cabinet insets ) | | | | | |
| 63. Additional cost for high wall or ceiling - 11' to 14' | 664.89 SF | 0.04 | 26.60 | (0.00) | 26.60 |
| 64. Paint fireplace hearth | 25.00 SF | 0.92 | 23.00 | (1.75) | 21.25 |
| 65. Seal & paint full height cabinetry - faces only | 10.00 LF | 17.39 | 173.90 | (16.20) | 157.70 |
| 66. Seal & paint baseboard, oversized - two coats | 34.34 LF | 1.20 | 41.21 | (2.40) | 38.81 |
| 67. Seal & paint window sill | 10.00 LF | 1.90 | 19.00 | (1.05) | 17.95 |
| 68. Door lockset - Detach & reset | 1.00 EA | 18.77 | 18.77 | (0.00) | 18.77 |
| 69. Paint door slab only - 2 coats (per side) | 1.00 EA | 28.05 | 28.05 | (3.20) | 24.85 |
| 70. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 23.33 | 23.33 | (1.92) | 21.41 |
| 71. R&R Quarter round - for wood flooring | 34.34 LF | 3.42 | 117.44 | (33.79) | 83.65 |
| 72. R&R Oak flooring - select grade - no finish | 344.41 SF | 9.93 | 3,419.99 | (110.44) | 3,309.55 |
| The flooring was damaged in the dining room and is the same flooring as in this room so this flooring has to be replaced also. | | | | | |
| 73. Sand, stain, and finish wood floor | 344.41 SF | 3.79 | 1,305.31 | (149.82) | 1,155.49 |
| 74. Final cleaning - construction - Residential | 344.41 SF | 0.23 | 79.21 | (0.00) | 79.21 |
| **Totals: Family Room** | | | **6,895.24** | **439.04** | **6,456.20** |

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci
Pearland, Texas 77584
713-661-7663    PH
1-866-892-4245  Fax



**Sitting**                                                                                                                **Height: 12'**

|  |  |
|---|---|
| 397.10 SF Walls | 125.74 SF Ceiling |
| 522.84 SF Walls & Ceiling | 125.74 SF Floor |
| 13.97 SY Flooring | 31.34 LF Floor Perimeter |
| 40.17 LF Ceil. Perimeter |  |

| | | |
|---|---|---|
| **Window** | 3' 10" X 7' | Opens into Exterior |
| **Missing Wall - Goes to Floor** | 5' 10" X 6' 8" | Opens into ENTRY_FOYER |
| **Missing Wall - Goes to Floor** | 3' X 6' 8" | Opens into ENTRY_FOYER |
| **Missing Wall** | 3' 7 1/16" X 12' | Opens into STAIRS |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 75. Inventory, Packing, Boxing, and Moving charge - per hour | 4.00 HR | 32.18 | 128.72 | (0.00) | 128.72 |
| 76. Contents - move out then reset - Large room | 1.00 EA | 65.85 | 65.85 | (0.00) | 65.85 |
| 77. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 28.12 | 28.12 | (0.00) | 28.12 |
| 78. Mask or cover per square foot | 32.00 SF | 0.35 | 11.20 | (0.00) | 11.20 |
| The item above is to protect the window during the construction phase of this project. | | | | | |
| 79. Paint the walls and ceiling - two coats | 522.84 SF | 0.72 | 376.44 | (49.67) | 326.77 |
| There is no stopping for paint from the dining room so this room has to be painted also. | | | | | |
| 80. Paint baseboard - two coats | 31.34 LF | 1.07 | 33.53 | (1.72) | 31.81 |
| 81. Seal & paint crown molding, oversized - two coats | 58.50 LF | 1.17 | 68.45 | (3.51) | 64.94 |
| 82. Seal & paint window sill | 3.00 LF | 1.90 | 5.70 | (0.32) | 5.38 |
| 83. R&R Quarter round - for wood flooring | 31.34 LF | 3.42 | 107.18 | (30.84) | 76.34 |
| 84. R&R Oak flooring - select grade - no finish | 125.74 SF | 9.93 | 1,248.59 | (40.32) | 1,208.27 |
| The flooring was damaged in the dining room and is the same flooring as in this room so this flooring has to be replaced also. | | | | | |
| 85. Sand, stain, and finish wood floor | 125.74 SF | 3.79 | 476.55 | (54.70) | 421.85 |
| 86. Final cleaning - construction - Residential | 125.74 SF | 0.23 | 28.92 | (0.00) | 28.92 |
| **Totals: Sitting** | | | **2,579.25** | **181.08** | **2,398.17** |

# JBH Roofing And Constructors Corp - General Contractor

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245   Fax



**Master Offset**                                                                                                      Height: 8'

| | | |
|---|---|---|
| 101.74 SF Walls | | 18.42 SF Ceiling |
| 120.16 SF Walls & Ceiling | | 18.42 SF Floor |
| 2.05 SY Flooring | | 12.30 LF Floor Perimeter |
| 18.04 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | 3' 2 7/8" X 8' | Opens into FAMILY_ROOM |
| **Door** | 2' 6" X 6' 8" | Opens into MASTER_BEDRO |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 87. Floor protection - plastic and tape - 10 mil | 18.42 SF | 0.24 | 4.42 | (0.00) | 4.42 |
| Protect floors during **drywall & texture** phase of project. | | | | | |
| 88. Floor protection - plastic and tape - 10 mil | 18.42 SF | 0.24 | 4.42 | (0.00) | 4.42 |
| Protect floors during **paint** phase of project. | | | | | |
| 89. Mask or cover per square foot | 25.00 SF | 0.35 | 8.75 | (0.00) | 8.75 |
| **The item above is to protect the door, and the shelf sil, and trim.** | | | | | |
| 90. Detach & Reset Thermostat | 1.00 EA | 37.23 | 37.23 | (0.00) | 37.23 |
| 91. Detach & Reset Door bell/chime | 1.00 EA | 39.36 | 39.36 | (0.00) | 39.36 |
| 92. Paint the walls - two coats | 101.74 SF | 0.72 | 73.25 | (9.67) | 63.58 |
| **There is no stopping for paint from the dining room so this room has to be painted also.** | | | | | |
| 93. Seal & paint baseboard, oversized - two coats | 12.30 LF | 1.20 | 14.76 | (0.86) | 13.90 |
| 94. Door lockset - Detach & reset | 1.00 EA | 18.77 | 18.77 | (0.00) | 18.77 |
| 95. Paint door slab only - 2 coats (per side) | 1.00 EA | 28.05 | 28.05 | (3.20) | 24.85 |
| 96. R&R Quarter round - for wood flooring | 12.30 LF | 3.42 | 42.07 | (12.10) | 29.97 |
| 97. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 23.33 | 23.33 | (0.00) | 23.33 |
| 98. R&R Oak flooring - select grade - no finish | 18.42 SF | 9.93 | 182.91 | (5.91) | 177.00 |
| **The flooring was damaged in the dining room and is the same flooring as in this room so this flooring has to be replaced also.** | | | | | |
| 99. Sand, stain, and finish wood floor | 18.42 SF | 3.79 | 69.81 | (8.01) | 61.80 |
| 100. Final cleaning - construction - Residential | 18.42 SF | 0.23 | 4.24 | (0.00) | 4.24 |
| **Totals: Master Offset** | | | **551.37** | **39.75** | **511.62** |

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245  Fax

**Master Bedroom**                                                    **Height: Tray**

| | | | |
|---|---|---|---|
| 583.80 | SF Walls | 345.46 | SF Ceiling |
| 929.26 | SF Walls & Ceiling | 298.05 | SF Floor |
| 33.12 | SY Flooring | 68.92 | LF Floor Perimeter |
| 71.42 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into MASTER_OFFSE |
| **Window** | 2' 11" X 4' 10" | Opens into Exterior |
| **Window** | 2' 11" X 4' 10" | Opens into Exterior |
| **Window** | 2' 11" X 4' 10" | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 101. Inventory, Packing, Boxing, and Moving charge - per hour | 4.00 HR | 32.18 | 128.72 | (0.00) | 128.72 |
| 102. Contents - move out then reset - Large room | 1.00 EA | 65.85 | 65.85 | (0.00) | 65.85 |
| 103. Floor protection - plastic and tape - 10 mil | 298.05 SF | 0.24 | 71.53 | (0.00) | 71.53 |
| Protect floors during **drywall & texture** phase of project. | | | | | |
| 104. Floor protection - plastic and tape - 10 mil | 298.05 SF | 0.24 | 71.53 | (0.00) | 71.53 |
| Protect floors during **paint** phase of project. | | | | | |
| 105. Mask or cover per square foot | 771.85 SF | 0.35 | 270.15 | (0.00) | 270.15 |
| **The item above is to protect the windows, and walls, and the outer part of the ceiling that is not affected during the construction phase of this project.** | | | | | |
| 106. Detach & Reset Ceiling fan & light | 1.00 EA | 148.28 | 148.28 | (0.00) | 148.28 |
| 107. Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 11.14 | 11.14 | (0.00) | 11.14 |
| 108. Detach & Reset Smoke detector | 1.00 EA | 40.32 | 40.32 | (0.00) | 40.32 |
| 109. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 1.93 | 61.76 | (1.57) | 60.19 |
| 110. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 1.86 | 59.52 | (1.47) | 58.05 |
| 111. R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 1.70 | 54.40 | (1.91) | 52.49 |
| 112. Texture drywall - smooth / skim coat | 50.33 SF | 0.92 | 46.30 | (0.38) | 45.92 |
| **After the drywall is replaced on the walls the repair will leave humps they will have to be skimcoated, re textured, in order to maintain a uniform appearance so after the repair is done you won't be able to tell it was repaired.** | | | | | |
| 113. Texture drywall - light hand texture | 395.79 SF | 0.44 | 174.15 | (1.69) | 172.46 |
| 114. Seal more than the ceiling w/PVA primer - one coat | 395.79 SF | 0.44 | 174.15 | (9.89) | 164.26 |

JIMENEZ_AMADO                                                                                   2/26/2016            Page: 10

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245  Fax

### CONTINUED - Master Bedroom

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 115.  Paint more than the ceiling - two coats | 395.79 SF | 0.72 | 284.97 | (37.60) | 247.37 |
| 116.  Seal & paint crown molding, oversized - two coats | 50.33 LF | 1.17 | 58.89 | (3.02) | 55.87 |
| 117.  Clean and deodorize carpet | 298.05 SF | 0.39 | 116.24 | (0.00) | 116.24 |
| 118.  Final cleaning - construction - Residential | 298.05 SF | 0.23 | 68.55 | (0.00) | 68.55 |
| **Totals:  Master Bedroom** | | | **1,906.45** | **57.53** | **1,848.92** |

| Total:  Interior 1st | | | 18,160.22 | 1,085.66 | 17,074.56 |
|---|---|---|---|---|---|

### Interior 2nd

**Den**                                                                                          Height: Tray

471.36 SF Walls                                       319.41 SF Ceiling  
790.77 SF Walls & Ceiling                             301.57 SF Floor  
33.51 SY Flooring                                     62.83 LF Floor Perimeter  
71.08 LF Ceil. Perimeter  

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 4' 2" X 6' 8" | Opens into OFFICE |
| Window | 2' 11" X 4' 10" | Opens into Exterior |
| Window | 2' 11" X 4' 10" | Opens into Exterior |
| Door | 4' 1" X 6' 8" | Opens into Exterior |
| Window | 2' 11" X 4' 10" | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 119.  Inventory, Packing, Boxing, and Moving charge - per hour | 4.00 HR | 32.18 | 128.72 | (0.00) | 128.72 |
| 120.  Contents - move out then reset - Large room | 1.00 EA | 65.85 | 65.85 | (0.00) | 65.85 |
| 121.  Floor protection - plastic and tape - 10 mil | 301.57 SF | 0.24 | 72.38 | (0.00) | 72.38 |
| Protect floors during **drywall & texture** phase of project. | | | | | |
| 122.  Floor protection - plastic and tape - 10 mil | 301.57 SF | 0.24 | 72.38 | (0.00) | 72.38 |

JIMENEZ_AMADO                                                                    2/26/2016              Page: 11

**JBH Roofing And Constructors Corp - General Contractor**

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245   Fax

### CONTINUED - Den

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Protect floors during **paint** phase of project. | | | | | |
| 123. Mask or cover per square foot | 87.00 SF | 0.35 | 30.45 | (0.00) | 30.45 |
| The item above is to protect the doors, and the windows, etc. during the construction phase of this project. | | | | | |
| 124. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 28.12 | 84.36 | (0.00) | 84.36 |
| 125. Window drapery - hardware - Detach & reset | 3.00 EA | 28.12 | 84.36 | (0.00) | 84.36 |
| 126. Mask or cover per square foot | 32.00 SF | 0.35 | 11.20 | (0.00) | 11.20 |
| The item above is to protect the window during the construction phase of this project. | | | | | |
| 127. Paint the walls and ceiling - two coats | 790.77 SF | 0.72 | 569.35 | (75.12) | 494.23 |
| There is no stopping for paint from the dining room so this room has to be painted also. | | | | | |
| 128. Paint baseboard - two coats | 62.83 LF | 1.07 | 67.23 | (3.46) | 63.77 |
| 129. Seal & paint window sill | 9.00 LF | 1.90 | 17.10 | (0.95) | 16.15 |
| 130. Clean and deodorize carpet | 301.57 SF | 0.39 | 117.61 | (0.00) | 117.61 |
| 131. Final cleaning - construction - Residential | 301.57 SF | 0.23 | 69.36 | (0.00) | 69.36 |
| **Totals: Den** | | | **1,390.35** | **79.53** | **1,310.82** |

**Office**  Height: 9'

461.60 SF Walls                169.38 SF Ceiling  
630.98 SF Walls & Ceiling      169.38 SF Floor  
18.82 SY Flooring              43.01 LF Floor Perimeter  
74.93 LF Ceil. Perimeter

| Missing Wall - Goes to Floor | 2' 9" X 6' 8" | Opens into HALLWAY |
| Missing Wall - Goes to Floor | 10' 9" X 6' 8" | Opens into Exterior |
| Missing Wall - Goes to Floor | 6' 11" X 6' 8" | Opens into Exterior |
| Missing Wall - Goes to Floor | 7' 4" X 6' 8" | Opens into Exterior |
| Missing Wall - Goes to Floor | 4' 2" X 6' 8" | Opens into DEN |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|

**JBH Roofing And Constructors Corp - General Contractor**

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245   Fax

### CONTINUED - Office

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 132. Inventory, Packing, Boxing, and Moving charge - per hour | 0.50 HR | 32.18 | 16.09 | (0.00) | 16.09 |
| 133. Contents - move out then reset | 1.00 EA | 43.89 | 43.89 | (0.00) | 43.89 |
| 134. Floor protection - plastic and tape - 10 mil | 169.38 SF | 0.24 | 40.65 | (0.00) | 40.65 |
| Protect floors during **drywall & texture** phase of project. | | | | | |
| 135. Floor protection - plastic and tape - 10 mil | 169.38 SF | 0.24 | 40.65 | (0.00) | 40.65 |
| Protect floors during **paint** phase of project. | | | | | |
| 136. Mask or cover per square foot | 345.00 SF | 0.35 | 120.75 | (0.00) | 120.75 |
| **The item above is to protect the door, the railing, etc. during the construction phase of this project.** | | | | | |
| 137. Paint the walls - two coats | 461.60 SF | 0.72 | 332.35 | (43.85) | 288.50 |
| **There is no stopping for paint from the dining room so this room has to be painted also.** | | | | | |
| 138. Paint baseboard - two coats | 43.01 LF | 1.07 | 46.02 | (2.37) | 43.65 |
| 139. Door lockset - Detach & reset | 1.00 EA | 18.77 | 18.77 | (0.00) | 18.77 |
| 140. Paint door slab only - 2 coats (per side) | 1.00 EA | 28.05 | 28.05 | (3.20) | 24.85 |
| 141. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 23.33 | 23.33 | (1.92) | 21.41 |
| 142. Clean and deodorize carpet | 169.38 SF | 0.39 | 66.06 | (0.00) | 66.06 |
| 143. Final cleaning - construction - Residential | 169.38 SF | 0.23 | 38.96 | (0.00) | 38.96 |
| **Totals: Office** | | | **815.57** | **51.34** | **764.23** |

**Hallway**                                                                 Height: 8'

241.74 SF Walls               52.70 SF Ceiling
294.45 SF Walls & Ceiling     52.70 SF Floor
  5.86 SY Flooring            28.51 LF Floor Perimeter
 38.76 LF Ceil. Perimeter

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into Exterior |
| **Door** | 2' 6" X 6' 8" | Opens into Exterior |
| **Door** | 2' 6" X 6' 8" | Opens into Exterior |
| **Missing Wall - Goes to Floor** | 2' 9" X 6' 8" | Opens into OFFICE |

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245  Fax

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 144. Floor protection - plastic and tape - 10 mil | 52.70 SF | 0.24 | 12.65 | (0.00) | 12.65 |
| Protect floors during **drywall & texture** phase of project. | | | | | |
| 145. Floor protection - plastic and tape - 10 mil | 52.70 SF | 0.24 | 12.65 | (0.00) | 12.65 |
| Protect floors during **paint** phase of project. | | | | | |
| 146. Mask or cover per square foot | 63.00 SF | 0.35 | 22.05 | (0.00) | 22.05 |
| **The item above is to protect the doors** | | | | | |
| 147. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 28.12 | 84.36 | (0.00) | 84.36 |
| 148. Window drapery - hardware - Detach & reset | 3.00 EA | 28.12 | 84.36 | (0.00) | 84.36 |
| 149. Mask or cover per square foot | 63.00 SF | 0.35 | 22.05 | (0.00) | 22.05 |
| **The item above is to protect the window during the construction phase of this project. during the construction phase of this project.** | | | | | |
| 150. Paint the walls and ceiling - two coats | 294.45 SF | 0.72 | 212.00 | (27.97) | 184.03 |
| **There is no stopping for paint from the dining room so this room has to be painted also.** | | | | | |
| 151. Paint baseboard - two coats | 28.51 LF | 1.07 | 30.51 | (1.57) | 28.94 |
| 152. Door lockset - Detach & reset | 3.00 EA | 18.77 | 56.31 | (0.00) | 56.31 |
| 153. Paint door slab only - 2 coats (per side) | 3.00 EA | 28.05 | 84.15 | (9.60) | 74.55 |
| 154. Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | 23.33 | 69.99 | (5.75) | 64.24 |
| 155. Final cleaning - construction - Residential | 52.70 SF | 0.23 | 12.12 | (0.00) | 12.12 |
| 156. Clean and deodorize carpet | 52.70 SF | 0.39 | 20.55 | (0.00) | 20.55 |
| **Totals: Hallway** | | | **723.75** | **44.89** | **678.86** |
| **Total: Interior 2nd** | | | **2,929.67** | **175.76** | **2,753.91** |

### General

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 157. Scaffolding Setup & Take down - per hour | 6.00 HR | 32.18 | 193.08 | (0.00) | 193.08 |
| 158. Scaffold - per section (per week) | 8.00 WK | 48.00 | 384.00 | (0.00) | 384.00 |
| **The item above is for four sections of scaffolding for one week to paint the hihg walls, and ceiling in the familyroom, and entry foyer.** | | | | | |

**JBH Roofing And Constructors Corp - General Contractor**

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245  Fax

CONTINUED - General

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 159. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 616.16 | 616.16 | (0.00) | 616.16 |
| **Totals: General** | | | 1,193.24 | 0.00 | 1,193.24 |
| **Line Item Totals: JIMENEZ_AMADO** | | | 32,853.22 | 2,117.33 | 30,735.89 |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 4,861.79 | SF Walls | 1,990.36 | SF Ceiling | 6,852.15 | SF Walls and Ceiling |
| 1,908.06 | SF Floor | 212.01 | SY Flooring | 445.06 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 622.56 | LF Ceil. Perimeter |
| 1,908.06 | Floor Area | 1,959.92 | Total Area | 4,687.41 | Interior Wall Area |
| 3,180.97 | Exterior Wall Area | 378.82 | Exterior Perimeter of Walls | | |
| 151.79 | Surface Area | 1.52 | Number of Squares | 48.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 34.87 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 31,624.37 | 96.26% | 37,635.80 | 96.69% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 1,228.85 | 3.74% | 1,288.59 | 3.31% |
| Total | 32,853.22 | 100.00% | 38,924.39 | 100.00% |

**JBH Roofing And  Constructors Corp - General Contractor**

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245  Fax

## Summary for Dwelling

| | | | |
|---|---|---|---:|
| Line Item Total | | | 31,624.37 |
| Permits and fees | | | 500.00 |
| Cleaning Matl Tax | @ | 8.250% | 3.85 |
| Material Sales Tax | @ | 8.250% | 631.05 |
| Subtotal | | | 32,759.27 |
| Overhead | @ | 10.0% | 3,276.13 |
| Profit | @ | 10.0% | 3,603.71 |
| Cleaning Total Tax | @ | 8.250% | 114.02 |
| **Replacement Cost Value** | | | **$39,753.13** |
| Less Depreciation | | | (2,117.33) |
| **Actual Cash Value** | | | **$37,635.80** |
| **Net Claim** | | | **$37,635.80** |
| Total Recoverable Depreciation | | | 2,117.33 |
| **Net Claim if Depreciation is Recovered** | | | **$39,753.13** |

_____
Randy Smith

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci  
Pearland, Texas 77584  
713-661-7663   PH  
1-866-892-4245  Fax

### Summary for Contents

| | | | |
|---|---|---|---:|
| Line Item Total | | | 1,228.85 |
| Cleaning Total Tax | @ | 8.250% | 59.74 |
| **Replacement Cost Value** | | | **$1,288.59** |
| **Net Claim** | | | **$1,288.59** |

_____  
Randy Smith

## JBH Roofing And Constructors Corp - General Contractor

2808 Morenci
Pearland, Texas 77584
713-661-7663 PH
1-866-892-4245 Fax

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| CLEANING | | | 1,138.50 | | 1,138.50 |
| Coverage: Dwelling | @ | 100.00% = | 1,138.50 | | |
| GENERAL DEMOLITION | | | 6,041.41 | | 6,041.41 |
| Coverage: Dwelling | @ | 100.00% = | 6,041.41 | | |
| DRYWALL | | | 760.75 | 11.09 | 749.66 |
| Coverage: Dwelling | @ | 100.00% = | 760.75 | | |
| ELECTRICAL | | | 183.00 | | 183.00 |
| Coverage: Dwelling | @ | 100.00% = | 183.00 | | |
| FLOOR COVERING - WOOD | | | 7,573.36 | 590.12 | 6,983.24 |
| Coverage: Dwelling | @ | 100.00% = | 7,573.36 | | |
| FINISH CARPENTRY / TRIMWORK | | | 533.95 | 25.15 | 508.80 |
| Coverage: Dwelling | @ | 100.00% = | 533.95 | | |
| FINISH HARDWARE | | | 112.62 | | 112.62 |
| Coverage: Dwelling | @ | 100.00% = | 112.62 | | |
| HEAT, VENT & AIR CONDITIONING | | | 81.79 | | 81.79 |
| Coverage: Dwelling | @ | 100.00% = | 81.79 | | |
| INSULATION | | | 42.72 | 3.02 | 39.70 |
| Coverage: Dwelling | @ | 100.00% = | 42.72 | | |
| LIGHT FIXTURES | | | 416.13 | | 416.13 |
| Coverage: Dwelling | @ | 100.00% = | 416.13 | | |
| PAINTING | | | 6,352.82 | 632.05 | 5,720.77 |
| Coverage: Dwelling | @ | 100.00% = | 6,352.82 | | |
| ROOFING | | | 7,360.32 | 855.90 | 6,504.42 |
| Coverage: Dwelling | @ | 100.00% = | 7,360.32 | | |
| SCAFFOLDING | | | 577.08 | | 577.08 |
| Coverage: Dwelling | @ | 100.00% = | 577.08 | | |
| WINDOW TREATMENT | | | 449.92 | | 449.92 |
| Coverage: Dwelling | @ | 100.00% = | 449.92 | | |
| **O&P Items Subtotal** | | | **31,624.37** | **2,117.33** | **29,507.04** |

| Non-O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| CONTENT MANIPULATION | | | 504.80 | | 504.80 |
| Coverage: Contents | @ | 100.00% = | 504.80 | | |
| CONT: PACKING,HANDLNG,STORAGE | | | 724.05 | | 724.05 |
| Coverage: Contents | @ | 100.00% = | 724.05 | | |
| **Non-O&P Items Subtotal** | | | **1,228.85** | **0.00** | **1,228.85** |
| **O&P Items Subtotal** | | | **31,624.37** | **2,117.33** | **29,507.04** |
| Permits and Fees | | | 500.00 | | 500.00 |
| Coverage: Dwelling | @ | 100.00% = | 500.00 | | |
| Cleaning Matl Tax | @ | 8.250% | 3.85 | | 3.85 |

JIMENEZ_AMADO 2/26/2016 Page: 18

**JBH Roofing And Constructors Corp - General Contractor**

2808 Morenci
Pearland, Texas 77584
713-661-7663   PH
1-866-892-4245  Fax

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Coverage: Dwelling | @ | 100.00% = | 3.85 | | |
| **Material Sales Tax** | @ | **8.250%** | **631.05** | | 631.05 |
| Coverage: Dwelling | @ | 100.00% = | 631.05 | | |
| **Overhead** | @ | **10.0%** | **3,276.13** | | 3,276.13 |
| Coverage: Dwelling | @ | 100.00% = | 3,276.13 | | |
| **Profit** | @ | **10.0%** | **3,603.71** | | 3,603.71 |
| Coverage: Dwelling | @ | 100.00% = | 3,603.71 | | |
| **Cleaning Total Tax** | @ | **8.250%** | **173.76** | | 173.76 |
| Coverage: Dwelling | @ | 65.62% = | 114.02 | | |
| Coverage: Contents | @ | 34.38% = | 59.74 | | |
| **Total** | | | **41,041.72** | **2,117.33** | **38,924.39** |