United States District Court
Southern District of Texas
**ENTERED**
November 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMADO JIMENEZ, § § Plaintiff, § § v. § § LIBERTY INSURANCE § CORPORATION, § § Defendant. § | Civil Action No. H-16-1866 |

## FINAL JUDGMENT

Because the Court has dismissed all claims asserted in this lawsuit by Plaintiff Amado Jimenez against Defendant Liberty Insurance Corporation, the Court hereby

**ORDERS** that Plaintiff Amado Jimenez's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __9__ day of November, 2017.

DAVID HITTNER
United States District Judge